# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

IN RE: INTERDICTION OF JAY
A. PELLEGRINI, SR.

NO. 2020 CW 0205

**March 6, 2020**

In Re:   Jay A. Pellegrini, Sr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2018-16158.

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**WRC**

**McDonald, J.,** concurs in part and dissents in part. I concur in the denial of the stay. However, I dissent and would grant the writ and reverse the judgment of the trial court granting the motion to disqualify, finding there was insufficient evidence to support a ruling that Lindsey M. Ladouceur and Ladouceur Law Firm, L.L.C. should be disqualified from representing Jay A. Pellegrini, Sr. in the interdiction proceeding.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT